B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RUSH PIZZA, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3237792** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street<br>Suite 400<br>Chicago, IL**　　ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13　　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **RUSH PIZZA, INC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date)</td></tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **RUSH PIZZA, INC.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Debtor

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

_____

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

## Signature of Attorney*

X **/s/ Michael L. Gesas**

Signature of Attorney for Debtor(s)

**Michael L. Gesas 06186924**

Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**

Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

Address

**Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**

Telephone Number

**February 16, 2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**

Signature of Authorized Individual

**John Apostolou**

Printed Name of Authorized Individual

**President**

Title of Authorized Individual

**February 16, 2011**

Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF
THE DIRECTORS OF
RUSH PIZZA, INC.
A CORPORATION FORMED UNDER THE LAWS OF ILLINOIS
(the "Company")**

The undersigned, being the sole Director of the Company, in lieu of holding a special meeting hereby consents to the following actions and adopts the following resolutions and directs that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER,** that the officers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOVED FURTHER,** that the officers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any officer of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF,** the undersigned has executed this Consent this _16_ day of February, 2011.

JOHN APOSTOLOU, Director

9N6-PRAXAIR DISTRIBUTION INC
DEPT CH 10660
PALATINE, IL 60055

A DISCOUNT LOCK CO.
849 W GRAND AVENUE
CHICAGO, IL 60642-6564

A+ BAGS
PO BOX 27686
GOLDEN VALLEY, MN 45280

ABLE SERVICE AND SUPPLY
7323 MONTICELLO
SKOKIE, IL 60076

ACCURATE GLASS SHOP INC
3214 W. MONTROSE AVE
CHICAGO, IL 60618

ADAMS, DEHAYESOS A.
816 89TH PLACE
CHICAGO, IL 60619

ADRIANO, MICHAEL A.
100 E BELLEVUE PLACE #31D
CHICAGO, IL 60611

AGUADO, JOSE J.
3015 S. LOCK ST.
CHICAGO, IL 60608

AGUADO, VICTOR C.
666 N. STATE
CHICAGO, IL 60610

AGUILAR, WALTER B.
2952 N KILDARE
CHICAGO, IL 60641

AGUILERA, SUSANA
6052 S MOZART
CHICAGO, IL 60629

ALCANTAR, CECILIA
4111 W 78 STREET
CHICAGO, IL 60615


ALERT PROTECTIVE SERVICES, INC
3833 N CICERO AVENUE
CHICAGO, IL 60641-3623


ALOHA CHICAGO ENTERTAINMENT
111 STIRLING LANE
SCHAUMBURG, IL 60194


ALPHA FILTERS, INC.
P.O. BOX 30149
CHICAGO, IL 60630


ALPHA OLYMPIC SANITATION
P.O. BOX 253
LOMBARD, IL 60148


ALVAREZ, EDSON
1668 W. FARWEL
CHICAGO, IL 60626


ALVAREZ, GREGORIO
2006 S. CALIFORNIA
CHICAGO, IL 60608


ALVAREZ, RICARDO
2006 S CALIFORNIA
CHICAGO, IL 60608


AMERICAN FIRST AID
784 CHURCH ROAD
ELGIN, IL 60123


AMERICANA FOODS, INC.
308 WEST RANDOLPH ST
CHICAGO, IL 60606


AMERICO, INC.
P.O. BOX 2125
WEST MEMPHIS, AR 72303

ANGEL, ROBERTO
2831 S KEELEY
CHICAGO, IL 60608


ANGELO STAMATOUKOS
113 CENTRAL
WILLOWBROOK, IL 60527


ANTHONY BERRY
0
0, 0


ANTONIO VELAZQUEZ
709 E HACKBERRY LANE
MT. PROPSECT, IL 60056


ARAMARK UNIFORM SERVICES
4200 S HALSTED STREET
CHICAGO, IL 60609-2635


ARDELEAN, IOANA C.
6007 N. SHERIDAN #32H
CHICAGO, IL 60660


ARELLANO, FERNANDO
2524 S. ALBANY
CHICAGO, IL 60623


ARIDAS, DIONYSIOS
255 WINSTON LN
BLOOMINGTON, IN 60108


ASC MECHANICAL
8926 NORTH GREENWOOD
NILES, IL 60714


ASCO INSURANCE SERVICES INC.
8729 N NARRAGANSETT AVE
MORTON GROVE, IL 60053


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606

ASTANKOVA, SVETLANA M.
450 W. MELROSE AVE
APT 228
CHICAGO, IL 60657


AT&T
P.O. BOX 8100
AURORA, IL 60507-8100


AVENUE METAL MANUFACTURING CO.
1640 WEST OGDEN AVENUE
CHICAGO, IL 60612-3234


AVILA, TOMAS
5038 S CAMPBELL AVE
2ND FLOOR
CHICAGO, IL 60632


AVILA, WILSON
1635 W FOSTER
CHICAGO, IL 60640


AYALA, JORGE F.
4353 S. FRANCISCO
CHICAGO, IL 60632


B&P PLUMBING & SEWERAGE CORP
500 WEST KATHLEEN DRIVE
DES PLAINES, IL 60016


BAEZ, TINA M.
2174 N. MOODY #B
CHICAGO, IL 60639


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BARAJAS, JAVIER
5842 W. EDDY
CHICAGO, IL 60634

BARRIOS, VICTOR H.
1228 W. WELLINGTON
CHICAGO, IL 60657


BECERRA, NORMA
5361 S. MAPLEWOOD AVE
CHICAGO, IL 60632


BECK, JULIA
6401 N SHERIDAN #208
CHICAGO, IL 60626


BENITEZ, CARLOS N.
2525 SPRINGFIELD
CHICAGO, IL 60623


BERROTERAN, VICTOR
2040 W. COULTER
CHICAGO, IL 60608


BERRY, ANTHONY
8558 S. MARSHFIELD
CHICAGO, IL 60620


BLANCAS, JUAN A.
5038 S. CAMPBELL
CHICAGO, IL 60632


BLANCAS, MARCOS A.
5038 S. CAMPBELL
CHICAGO, IL 60632


BOSKOVSKA, ANKICA
5701 N. SHERIDAN
CHICAGO, IL 60660


BRITTEN BANNER
PO BOX 633723
CINCINNATI, OH 45263


BROWER, LINDA
4525 N. DRAKE
CHICAGO, IL 60625

BROWN, DAN P.
190 LOCKWOOD LANE
BLOOMINGDALE, IL 60108


BURGOS, RAMON
7734 S KARLOV AVE
CHICAGO, IL 60652


BURKE, CHRISTOPHER S.
1123 W. SCHUBERT AVE #1
CHICAGO, IL 60614


CANDELARIO, PAULINA G.
2452 N LONG
CHICAGO, IL 60639


CARRILLO, EDUARDO
2134 N HAMLIN
CHICAGO, IL 60647


CARRION, CONSUELO
4323 W SCHUBERT
CHICAGO, IL 60639


CARRION, IVAN E.
3006 N. KILPATRICK
CHICAGO, IL 60641


CASTANEDA, JASMIN A.
1644 W. 18TH PLACE
CHICAGO, IL 60608


CASTRO, FRANCISCO
1826 S. 61ST AVE
CICERO, IL 60802


CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL 60675-5723


CERVANTES, ARMANDO
707 W. WAVELAND #802
CHICAGO, IL 60613

CHAVEZ, ANGELINA
2500 W. 51ST. STREET
CHICAGO, IL 60632


CHEMTON INDUSTRIES
P.O. BOX 46190
CHICAGO, IL 60646


CHERKEZOVA, MAGDELINA
5730 N. SHERIDAN
CHICAGO, IL 60660


CHICAGO BEVERAGE SYSTEMS
441 N KILBOURN AVE
CHICAGO, IL 60624


CHICAGO CONVENTION & TOURISM B
2301 S LAKE SHORE DR
CHICAGO, IL 60616-1490


CHICAGO DESIGN REVOLVING DOOR
P.O. BOX 388500
CHICAGO, IL 60638-9998


CHICAGO SOFT DRINK TAX
P.O. BOX 642603
CHICAGO, IL 60664-2603


CHICAGOLAND RESTAURANT EQUIP S
1400 HULL
WESTCHESTER, IL 60154


CINTAS #769
1201 W ST. CHARLES RD
MAYWOOD, IL 60153


CITY OF CHICAGO BANKRUPTCY UNIT
121 N LASALLE ST RM 107
CHICAGO, IL 60602


COCA COLA BOTTLING COMPANY
2335 PAYSPHER CIRCLE
CHICAGO, IL 60674

CONNER, LAURA K.
5346 S CORNELL APT 603
CHICAGO, IL 60615


CONTRERAS, OSCAR
5417 N KILBOURN
CHICAGO, IL 60640


CORKYS CATERING
1421 FULLERTON AVE
ADDISON, IL 60101


COY, NEENA A.
6718 N LAKEWOOD
CHICAGO, IL 60626


COZZINI BROS., INC.
350 HOWARD STREET
DES PLAINES, IL 60018


CRUZ, MIGUEL D.
3945 S. ARTESIAN
CHICAGO, IL 60632


CUEVAS, ALEJANDRO
6035 W FULLERTON
CHICAGO, IL 60639


CUSTODIA, EVERARDO P.
19 E OHIO
CHICAGO, IL 60611


CUSTODIO, NOE F.
19 E. OHIO ST.
CHICAGO, IL 60610


DAMIAN, ERNESTO
3130 W. LYNDALE STREET
CHICAGO, IL 60647


DANIELA DAVID
2222 WEST FARWELL
CHICAGO, IL 60645

DAVE & BUSTER'S
1030 N CLARK STREET
CHICAGO, IL 60610


DAVID, DANIELA
2222 W. FARWELL APT 5D
CHICAGO, IL 60645


DAYDOTS
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


DEKIRMANDJIAN, SYLVIA
14264 W. ANDOVER
WADSWORTH, IL 60083


DELABRA, EDITH
1928 N PULASKI
CHICAGO, IL 60639


DELTA DISTRIBUTORS OF ILLINOIS
3065 NORTH ROCKWELL
CHICAGO, IL 60618


DELTA HEATING, AIR CONDITIONIN
139 CROSSEN AVENUE
ELK GROVE VILLAGE, IL 60007


DELUXE BUSINESS CHECKS & SOLUT
P.O. BOX 742572
CINCINNATI, OH 45274-2572


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036


DME ACCESS, INC.
1717 INDUSTRIAL DRIVE
MONTGOMERY, IL 60538-3201

DOBIAS SAFE SERVICES, INC.
11743 S MAYFIELD AVE
ALSIP, IL 60803


DURAN, ISREAL
3581 W. BELDEN
CHICAGO, IL 60647


DURON, MARIA D.
2134 N. HAMLIN 2ND FLOOR
CHICAGO, IL 60647


ECOLAB
P.O. BOX 70343
CHICAGO, IL 60673-0343


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


EDITH DELABRA
1928 NORTH PULASKI
CHICAGO, IL 60639


ELOY LOPEZ R
1025 WEST HOLLYWOOD
CHICAGO, IL 60660


EMPIRE COOLER SERVICE, INC.
940 W CHICAGO AVENUE
CHICAGO, IL 60642-5494


ESCOT, ROCIO
4307 S ST LOUIS
CHICAGO, IL 60632


ESCUTIA, RAMON
5038 S. CAMPBELL
1ST FLOOR
CHICAGO, IL 60632


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075

FINSTROM, JENNIFER L.
1023 W. THORNDALE #3
CHICAGO, IL 60660


FINTECH.NET
7702 WOODLAND CENTER BLVD
TAMPA, FL 33614


FOLEA, ALEXANDRU
3608 W. GRACE ST. APT 2
CHICAGO, IL 60618


FOODSERVICE EDUCATIONAL SEMINA
4935 WEST BELMONT AVENUE
CHICAGO, IL 60641


FOODTEC SOLUTIONS, INC.
175 HIGHLAND AVENUE
NEEDHAM, MA 02494


FOX VALLEY FIRE & SAFETY
2730 PINNACLE DRIVE
ELGIN, IL 60124


FRANCISCO, MANUEL
2421 N. FRACISCO
CHICAGO, IL 60647


FRANCO, YASMIN S.
4919 W. BARRY AVE
CHICAGO, IL 60641


FRANK TUREK
1135 WEST CHICAGO AVENUE
CHICAGO, IL 60622


FUENTES, KATHERINE L.
1818 N. ALBANY
CHICAGO, IL 60647


FUHRMAN, CHRISTOPHER M.
3912 N. ASHLAND APT 2
CHICAGO, IL 60613

GALEANA, JOSE
3041 N. HAMLIN
CHICAGO, IL 60618


GAMBOA, EDIN
2319 N MCVICKER
CHICAGO, IL 60639


GARBAG, JORGE
1926 N. ASHLAND
CHICAGO, IL 60622


GARCIA, GRISELDA
1228 S. GROVE AVE
BERWYN, IL 60402


GARCIA, GUSTAVO C.
4910 W. DEMING PLACE
CHICAGO, IL 60639


GARCIA, HECTOR
5121 W DIVERSEY
CHICAGO, IL 60639


GARCIA, MANUEL
3109 W. LYNDALE
CHICAGO, IL 60647


GARCIA, MIGUEL A.
4041 S ALBANY
CHICAGO, IL 60632


GARDA CL SOUTHWEST INC
P O BOX 90152
PASADENA, CA 91109


GARIBAY, SAMUEL
666 N. STATE
CHICAGO, IL 60610


GARRETSON, DANIEL
350 W OAKDALE APT 1108
CHICAGO, IL 60657

GIORDANO'S ADVERTISING FUND
308 WEST RANDOLPH STREET
CHICAGO, IL 60606


GIORDANO'S ENTERPRISES, INC.
740 NORTH RUSH ST
CHICAGO, IL 60611


GIORDANO'S FRANCHISE, INC.
308 WEST RANDOLPH ST
CHICAGO, IL 60606


GLENN-OMAR, RAHANNAH A.
1663 N ORCHARD
CHICAGO, IL 60614


GLIGA, MONICA
3608 W. GRACE ST APT 2
CHICAGO, IL 60618


GLOBAL FIRE PROTECTION COMPANY
5121 THATCHER ROAD
DOWNERS GROVE, IL 60515-4029


GOMEZ OSBERTO
4523 N ST LOUIS
CHICAGO, IL 60645


GONNELLA BAKING
2758 EAGLE WAY
CHICAGO, IL 60678-1027


GONZALEZ, JAIME
3346 S. OAKLEY AVE
CHICAGO, IL 60608


GONZALEZ, RAFAEL
2553 S. TROY #3
CHICAGO, IL 60623


GRECO AND SONS, INC.
1550 HECHT ROAD
BARTLETT, IL 60103

```
GRILLO, DANIEL V.
1309 N. WELLS #507
CHICAGO, IL 60610


GUEORGUIEVA, NEVENA
510 W. BELMONT AVE #1212
CHICAGO, IL 60657


GUTIERREZ, ALEJANDRO
1737 W 19 STREET
CHICAGO, IL 60608


GUTIERREZ, LUIS A.
2831 S. 48TH STREET
CICERO, IL 60804


GUTIERREZ, VERONICA
4411 S TROY
CHICAGO, IL 60632


HANNA, DEVAN N.
26 E PEARSON #0501
CHICAGO, IL 60611


HARTIG, HANNAH M.
6567 N. GLENWOOD AVE
CHICAGO, IL 60626


HASSAN, DILKASH
3807 W. KEENEY STREET
SKOKIE, IL 60076


HERNANDEZ, ALFREDO
1618 W. 17TH ST
CHICAGO, IL 60608


HERNANDEZ, DANIELA G.
6012 S CALIFORNIA
CHICAGO, IL 60629


HERNANDEZ, EVELIO
3146 W 25TH ST
CHICAGO, IL 60608
```

HERNANDEZ, FELIPE
3146 W 25TH ST.
CHICAGO, IL 60623


HERNANDEZ, GABRIELA E.
6012 S CALIFORNIA
CHICAGO, IL 60629


HERNANDEZ, JASMINE
3935 N. SACRAMENTO
CHICAGO, IL 60618


HERNANDEZ, JUAN
5417 N. KENMORE
CHICAGO, IL 60613


HERRERA, FRANCISCO I.
7021 N. SHERIDAN RD APT 1
CHICAGO, IL 60626


HERRERA, LUIS
2400 S TROY
CHICAGO, IL 60632


HIDALGO, DIANA B.
7133 W. 40TH
BERWYN, IL 60402


HIDALGO, PATRICIA
7133 W. 40TH PLACE
BERWYN, IL 60402


ICI/BAG SOLUTIONS
203 COMMERCIAL DRIVE
YORKVILLE, IL 60560


ILLINOIS DEPARTMENT OF REVENUE
RETAILERS' OCCUPATION TAX
SPRINGFIELD, IL 62776-0001


ILLINOIS DEPT OF REV BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601

Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


ILLINOIS LIQUOR CONTROL COMMIS
100 WEST RANDOLPH ST
CHICAGO, IL 60601


INTEGRA GRAPHICS & FORMS, INC.
4749 WEST 136th STREET
CRESTWOOD, IL 60445


INTEGRYS ENERGY SERVICES INC
PO BOX 19046
GREENBAY, WI 54307-9046


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


JACOBS, NATALIE L.
6322 N. MAGNOLIA AVE #1N
CHICAGO, IL 60660


JAIMIE GONZALEZ
3346 SOUTH OAKLEY AVENUE
CHICAGO, IL 60608


JAKIMOVSKA, EMILIJA
5730 N SHERIDAN ROAD
CHICAGO, IL 60660


JAMES RANGEL
1515 W MONROE
CHICAGO, IL 60606


JAVIER BARAJAS
5842 WEST EDDY
CHICAGO, IL 60634


JC PORTABLE WELDING
21046 WEST SHIRLEY ROAD
PALATINE, IL 60074

JET STREAM
P.O. BOX 1016
PEOTONE, IL 60468


JOHN APOSTOLOU
2330 MOHAWK LANE
GLENVIEW, IL 60026


JORGENSEN, LAUREN E.
6130 N. HERMITAGE
CHICAGO, IL 60660


JOSE G RUIZ
3642 W. 70TH PLACE
CHICAGO, IL 60632


JOSEPH J. CHOJNOWSKI
12207 SPICE DRIVE
LEMONT, IL 60439


JUDGE & DOLPH, LLC
P.O. BOX 809180
CHICAGO, IL 60680-9180


KEEPER THERMAL BAG CO.
93 EAST BERKSHIRE
CRYSTAL LAKE, IL 60014


KENNEDY, JEFFERY
5316 S. HARPER
CHICAGO, IL 60615


KING, THOMAS A.
4520 N CLARENDON #802
CHICAGO, IL 60640


KLEEN AIR SERVICE CORPORATION
5354 N NORTHWEST HIGHWAY
CHICAGO, IL 60630


KONTOS, LEO
109 S WELLER LN
MT PROSPECT, IL 60056

KOYCHEVA, PETYA M.
1220 W. GUNNISON ST.
CHICAGO, IL 60640


LABRA, REYNALDO
3146 W 25TH
CHICAGO, IL 60623


LABRADA, ROSALIO
2114 WEST 23 PLACE
CHICAGO, IL 60608


LAMBRINATOS JERRY
6715 E PRAIRIE
LINCOLNWOOD, IL 60659


LANDY, HUGO
4729 N ALBANY
CHICAGO, IL 60625


LARA, INOCENTE
4069 N. KENMORT
CHICAGO, IL 60613


LARRY'S REPAIR SERVICE
6414 WEST 16th STREET
BERWYN, IL 60402


LAYONETH RAMOS
739 WEST BELMONT AVENUE
CHICAGO, IL 60657


LEE'S OVEN REPAIR
3501 MARTENS STREET
FRANKLIN PARK, IL 60131


LEO P. SPIZZIRRI
470 WOOD HOLLOW LANE
BARTLETT, IL 60103


LEZZA SPUMONI & DESSERTS, INC.
4001-09 ST. CHARLES ROAD
BELLWOOD, IL 60104

LINARD J. REESE
1124 WEST WILSON
CHICAGO, IL 60640


LITE TECH, INC.
3149 GLENWOOD-DYER ROAD
LYNWOOD, IL 60411


LO TECH SALES LLLP
8101 S. SHAFFER PARKWAY
LITTLETON, CO 80127


LOARCA, SERGIO E.
3543 W 71ST
CHICAGO, IL 60629


LOPEZ R, ELOY
1025 W. HOLLYWOOD
CHICAGO, IL 60660


LOPEZ, JULIO
1043 S. MASON
CHICAGO, IL 60644


LOPEZ, LEONARDO
1249 N. ASHLAND
CHICAGO, IL 60622


LOPEZ, VIRGILIO
3307 S ASHLAND
CHICAGO, IL 60608


LOZANO, JOSE
5149 W. FLETCHER
CHICAGO, IL 60611


MACDONALD, WILLIAM
1121 HICKORY ROAD
HOMEWOOD, IL 60430


MAGUIRE, ALEXANDRA R.
6330 WINTHROP AVE
CHICAGO, IL 60606

MAHONEY ENVIRONMENTAL
37458 EAGLE WAY
CHICAGO, IL 60678-1374


MALONEY, KERRY L.
852 W. OAKDALE AVE#1
CHICAGO, IL 60657


MANGIARULO, JOHN
1419 S RIDGELAND AVE
BERWYN, IL 60402


MANRA, OJILVIO
5416 S SPAULDING
CHICAGO, IL 60632


MARCHAN, MARIA G.
4237 S MAPLEWOOD
CHICAGO, IL 60632


MARCOS A. BLANCAS
5038 SOUTH CAMPBELL
CHICAGO, IL 60632


MARIN, BERNABE
320 W. ILLINOIS STREET  #2404
CHICAGO, IL 60654


MARQUEZ, ROBERT
10822 S. AVE C
CHICAGO, IL 60617


MARTINEZ, ANGEL
2907 S. THROOP
CHICAGO, IL 60608


MARTINEZ, BRENDA
10240 S AVENUE L
CHICAGO, IL 60617


MARTINEZ, ELIZABETH
3240 S. AUSTIN
CICERO, IL 60804

MARTINEZ, FABIAN
5331 S. CHRISTIANA
CHICAGO, IL 60632


MARTINEZ, FRANCISCO R.
4865 W. EDDY #1
CHICAGO, IL 60641


MARTINEZ, GRACIELA
1658 W 38TH PLACE
CHICAGO, IL 60609


MARTINEZ, GUSTAVO
5229 S HARDING
CHICAGO, IL 60632


MARTINEZ, JOSE A.
5229 S. HARDING
CHICAGO, IL 60632


MARTINEZ, SANTIAGO
1025 W. HOLLYWOOD
CHICAGO, IL 60660


MATA, MARK
90 S 6TH AVE #102
LA GRANGE, IL 60525


MAURILIO ALVARADO
2930 LOUIS STREET
FRANKLIN PARK, IL 60131


MAYES, BYRON M.
2414 W 57 STREET APT 1E
CHICAGO, IL 60629


MEDRANO, DOMINGO
3710 W. 70TH PLACE
CHICAGO, IL 60629


MEJIA, RANULFO
2600 W. 23RD STREET
CHICAGO, IL 60608

MENDOZA, CINDY
2516 W NORTHSIDE
CHICAGO, IL 60645


MERCHANT SERVICES
MAIL DROP 1M0C3D
CINCINNATI, OH 45263


METHAVICHIT, MARGEAUX
3950 N. LAKESHORE
CHICAGO, IL 60613


MG TRUST COMPANY, LLC
REF: TPA #000142
DENVER, CO 80201


MICHELANGELO PAINTING CO.
9826 NORWOOD
ROSEMONT, IL 60018


MILLER, CHAD
550 W ARLINGTON APT 811
CHICAGO, IL 60614


MILLER, GREGORY
2133 W. BOWLER
CHICAGO, IL 60612


MINOAN CORPORATION
3550 WEST NORTHSHORE
LINCOLNWOOD, IL 60712-9101


MIRAMONTES, LIZETTE
2512 S OAKLEY
CHICAGO, IL 60608


MITCHELL, JACQUELINE S.
54 EAST 57TH STREET
CHICAGO, IL 60639


MOISES SORIANO
2040 WEST 22nd STREET
CHICAGO, IL 60608

```
MONZON, DESIREE M.
4844 S LOOMIS
CHICAGO, IL 60609


MOTA, ORGELIO
3136 W 41ST STREET
CHICAGO, IL 60632


MUNDO DEVELOPMENT CO.
P.O. BOX 389114
CHICAGO, IL 60638


MURILLO, BIANCA G.
1616 WEST 38 STREET
CHICAGO, IL 60609


NACIMBA, CARLOS
2415 N. HAMILTON
CHICAGO, IL 60647


NANEZ, ROBERTO
5038 S. CAMPBELL
CHICAGO, IL 60660


NAVARRO, CLAUDIA
2447 N. AUSTIN
CHICAGO, IL 60629


NCR-eRECOVERY
P.O. BOX 4219
COLUMBUS, GA 31914-0219


NECHIFOR, CATALINA A.
2839 W LAWRENCE AVE
UNIT 3D
CHICAGO, IL 60625


NEO NETWORKDS, INC.
4030 OVERHILL AVENUE
NORRIDGE, IL 60705


NERI, MACARIO
1016 W. BALMORAL
CHICAGO, IL 60640
```

NIETO, CHRISTIAN
8529 S KEELER AVE
CHICAGO, IL 60652


NM CORPORATE HEALTH
75 REMITTANCE - DEPT 1865
CHICAGO, IL 60675-1865


NORTHWESTERN MEDICAL FACULTY
38205 EAGLE WAY
CHICAGO, IL 60678-1382


NUCO 2  LLC
P.O. BOX 9011
STUART, FL 34995


NUNEZ, RAYMUNDO
3420 N KEELER
CHICAGO, IL 60611


NUNEZ-REYNA, JUAN
954 W. IRVING
CHICAGO, IL 60613


OCAMPO, HELEN D.
5547 S KOSTNER AVE
CHICAGO, IL 60629


OCASIO, DAVID J.
7600 W BELMONT AVE #GS
CHICAGO, IL 60634


OLGUIN, JOSE A.
2729 W. 23RD ST.
CHICAGO, IL 60608


OLIVAREZ, JALISSA
3000 S KEELEY
CHICAGO, IL 60608


OLYMPIC STORE FIXTURES, INC.
4758 S CICERO AVE
CHICAGO, IL 60638

ORESTIS CONSTRUCTION CO.
4239 N HAMLIN AVE
CHICAGO, IL 60618


OROZCO, ALEJO
4552 N CLARK STREET
CHICAGO, IL 60640


OROZCO, LEONEL
4538 N. CLARK
CHICAGO, IL 60640


ORTEGA, MARIA G.
2118 S. WASHTENAW AVE
CHICAGO, IL 60608


ORTIZ, ALFONSO S.
2200 N. TALMAN
CHICAGO, IL 60647


ORTIZ, JUAN C.
4715 S DAMEN
CHICAGO, IL 60609


ORTIZ, JUAN M.
1249 N. ASHLAND
CHICAGO, IL 60622


ORTIZ, MIGUEL
666 N. STATE
CHICAGO, IL 60610


P.S. HEATING & COOLING
340 BERKSHIRE LANE
DES PLAINES, IL 60016


PANAYOTOVA, MARIETA V.
8614 W. BERWYN AVE.
CHICAGO, IL 60656


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604

PAUNOVA, MARIOA
8623 W CATHERINE #2
CHICAGO, IL 60656


PAXTOR, RODOLFO
3648 W. 69 PLACE
CHICAGO, IL 60629


PAYLOCITY
3850 NORTH WILKE ROAD
ARLINGTON HEIGHTS, IL 60004


PDQ UPHOLSTERY
500 REDWOOD COURT
NORTH AURORA, IL 60542


PECANOVA, SAVETA
5730 N SHERIDAN RD APT 509
CHICAGO, IL 60660


PEOPLE GAS
CHICAGO, IL 60687


PEREDA, ESTHER
3614 S AUSTIN BLVD
CICERO, IL 60804


PERRY LOCK & DOOR SERVICE, INC
P.O. BOX 497
WILLOW SPRINGS, IL 60480


PINA, NICOLAS C.
15 E. OHIO STREET
CHICAGO, IL 60611


PINEDA, JULIO C.
3109 W. LYNDALE ST #1
CHICAGO, IL 60647


POP, ALINA I.
8623 W. FOSTER AVE. #3C
CHICAGO, IL 60656

PORCAYO, HERMILO
2410 S KEDZIE
CHICAGO, IL 60623


PREMIER WASTE & RECYCLING
10823 S LANGLEY AVENUE
CHICAGO, IL 60628


PRO- LINE DOOR SYSTEMS, INC
716 N EDGEWOOD AVE
WOOD DALE, IL 60191


QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101


QUINONES, JOSHUA
1929 N. KOSTNER AVE.
CHICAGO, IL 60639


RAMIREZ, JESSICA M.
6150 S MOZART STREET
CHICAGO, IL 60629


RAMIREZ, JORGE
1756 W 18 PLACE
CHICAGO, IL 60606


RAMIREZ, JOSE
3759 S WASHTENAW
CHICAGO, IL 60632


RAMIREZ, JOSE L.
2040 W. 22 PLACE
CHICAGO, IL 60608


RAMIREZ, LEONOR
1644 N. WESTERN AVE.
CHICAGO, IL 60647


RAMOS, LAYONETH
739 W. BELMONT
CHICAGO, IL 60657

Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


RANDOLPH PARTNERS LLC 740 SERI
740 NO RUSH STREET
CHICAGO, IL 60611


RAUDALES, YESSENIA
5805 S TROY
CHICAGO, IL 60629


RAYA, MANUEL
10026 S. AVE L
CHICAGO, IL 60617


RAYA, PEDRO
10553 S. AVE. M
CHICAGO, IL 60617


RAYMUNDO, ADAN
19 E. OHIO
CHICAGO, IL 60611


RAYMUNDO, JESUS
19 E. OHIO
CHICAGO, IL 60611


RAYMUNDO, MARCELINO
19 E. OHIO
CHICAGO, IL 60611


RAYMUNDO, SAUL
19 E. OHIO
CHICAGO, IL 60611


RECILLAS, EDGAR E.
2336 N SACRAMENTO
CHICAGO, IL 60647


REESE, LINARD J.
1124 W. WILSON
CHICAGO, IL 60640

REGENT WINDOW FASHIONS
917 WEST IRVING PARK ROAD
CHICAGO, IL 60613


RELIABLE OFFICE SUPPLIES
P.O. BOX 105529
ATLANTA, GA 30348-5529


RESCOR
5344 EAST AVENUE
COUNTRYSIDE, IL 60525


REYES, JAVIER
2313 W 22 STREET
CHICAGO, IL 60608


REYES, RAUL
3648 W. 69TH PLACE
CHICAGO, IL 60632


RICE, WILLIAM C.
7600 W ADDISON
CHICAGO, IL 60634


RICK'S SIGNS/REPAIRS
P.O. BOX 115
FOX RIVER GROVE, IL 60021


RIVER NORTH SALE - SERVICE
1101 WEST LAKE STREET
CHICAGO, IL 60607


RIVERA, EFREN
7821 S KARLOV
CHICAGO, IL 60652


RIVERA, MARK J.
2108 N. HOYNE
CHICAGO, IL 60647


ROBERTO SALGADO
4120 SOUTH FAIRFIELD
CHICAGO, IL 60632

ROCHA, SUSANA
2452 N. LONG
CHICAGO, IL 60639


RODRIGUEZ, GERMAN
4853 N WOLCOTT
CHICAGO, IL 60640


RODRIGUEZ, JOSE A.
2531 W. 45TH PLACE
CHICAGO, IL 60623


RODRIGUEZ, RAQUEL
647 W. 48TH PLACE
CHICAGO, IL 60609


ROMANOVA, MARTA
1951 W. WINONA STREET
CHICAGO, IL 60640


ROMERO, ISABEL
2553 S TROY
CHICAGO, IL 60623


RUIZ, GABRIELA
4107 N BROADWAY
CHICAGO, IL 60613


RUIZ, JOSE G.
3642 W 70TH PLACE
CHICAGO, IL 60632


RUSSO, KATHERINE
25 S. LINCOLN AVE
GENEVA, IL 60134


SALGADO, ELIZABETH
4210 S FAIRFIELD
CHICAGO, IL 60632


SALGADO, ROBERTO
4210 S. FAIRFIELD
CHICAGO, IL 60632

SALUKE, KATHRYN A.
2250 N. SHEFFIELD
CHICAGO, IL 60614


SANCHEZ, ANDRES
2433 SOUTH SAWYER
CHICAGO, IL 60623


SARDO, MATTHEW K.
1607 WEST SUNNYSIDE
CHICAGO, IL 60640


SCHAUL, JOHN K.
2839 N CLARK 3 SOUTH
CHICAGO, IL 60657


SECRETARY OF STATE
DEPT OF BUSINESS SERVICE
SPRINGFIELD, IL 62756-5510


SECURE PRODUCTS CORPORATION
P.O. BOX 914
HILLSIDE, IL 60162


SEGURA, JAVIER
5242 W. DRUMMOND
CHICAGO, IL 60629


SERRANO, MICHAEL A.
4347 N. SAWYER
CHICAGO, IL 60618


SHIBERA, VANESSA
2313 N. LAWNDALE
CHICAGO, IL 60647


SIDOR, BARBARA
4534 S. AVERS AVE.
CHICAGO, IL 60632


SKYWATCH SATELLITE
1011 SADDLE LANE
LEMONT, IL 60439

SMITHEREEN PEST MANAGEMENT
7400 N MELVIAN AVENUE
NILES, IL 60714-3908


SORIANO, MOISES
2040 W 22ND STREET
CHICAGO, IL 60608


SOTIRAKOS, IOANNIS
7720 LARAMIE AVE
SKOKIE, IL 60077


SOTO, ISIDRO
3029 S CHRISTIANA
CHICAGO, IL 60623


SOUTHERN WINE & SPIRITS OF ILL
2971 PAYSPHERE CIRCLE
CHICAGO, IL 60674-2971


SPIZZIRRI, LEO P.
470 WOOD HOLLOW LN.
BARTLETT, IL 60103


STANDARD PARKING
750 NORTH RUSH STREET
CHICAGO, IL 60611-2536


STATE DISBURSEMENT UNIT
P.O. BOX 5400
CAROL STREAM, IL 60197


STEPHEN REYNOLDS
2530 WEST BERTEAU
CHICAGO, IL 60618-2819


STEWARTS PRIVATE BLEND FOODS,
4110 W WRIGHTWOOD AVE
CHICAGO, IL 60639


STRATOS FOODS, INC.
314 N LEAVITT STREET
CHICAGO, IL 60612

STUEVER & SONS INC.
22 W 010 BYRON AVE
ADDISON, IL 60101


SUBI IMAMOVIC
6536 NORTH CALIFORNIA AVE
CHICAGO, IL 60645


SUBURBAN ELEVATOR COMPANY
130 EAST PRAIRIE LAKE RD
EAST DUNDEE, IL 60118


TAPIA, ZANA
1216 W NORTH SHORE AVE
CHICAGO, IL 60626


TAYLOR, WONDER Y.
1433 W. SHERWIN APT 3
CHICAGO, IL 60626


TERRONES, ALBERTO
1112 W 18TH PLACE
CHICAGO, IL 60608


TERRONES, CERVELLON
1838 S MORGAN
CHICAGO, IL 60608


TERSIGNI, TONY N.
5727 N. WINTHROP
CHICAGO, IL 60660


THE BOELTER COMPANIES
P.O. BOX 1451
MILWAUKEE, WI 53201-1451


TIRADO, HECTOR
2341 N HAMLIN
CHICAGO, IL 60647


TORVAC
P.O. BOX 552210
DETROIT, MI 48255-2210

TRIMARK MARLINN, INC.
DEPT CH 17131
PALATINE, IL 60055-7131


TRITZ BEVERAGE SYSTEMS, INC.
P.O. BOX 754
GRAYSLAKE, IL 60030


TURANO BAKING COMPANY
36749 EAGLE WAY
CHICAGO, IL 60678


VALADEZ, FRANCISCO
4515 N SAWYER
CHICAGO, IL 60625


VALENCIA, FRANCISCO J.
6105 S. MOZART
CHICAGO, IL 60629


VALENCIA, PEDRO L.
6105 S MOZART
CHICAGO, IL 60629


VANGELIS KONSTANTINIDIS
1243 FAW HOLLOW
WEST DUNDEE, IL 60118


VARBENOVA, HRISTINA V.
1285 E WASHINGTON ST
#9
DES PLAINES, IL 60016


VARGAS, CARLOS A.
5041 N. KENMORE
CHICAGO, IL 60640


VASQUEZ, ALEX
3648 69TH PLACE
CHICAGO, IL 60629


VASQUEZ, CARMELO
4440 N. WOLCOTT APT 407
CHICAGO, IL 60640

VAZQUEZ, ERIK G.
2119 W. CHICAGO AVE
APT 2F
CHICAGO, IL 60622


VICTOR BERROTERAN
2040 WEST COULTER
CHICAGO, IL 60608


WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM, IL 60197-4648


WIRTZ BEVERAGE ILLINOIS, LLC
P.O. BOX 809180
CHICAGO, IL 60680-9180


YANEZ, CLEOTILDE
5038 S. WESTERN
CHICAGO, IL 60623


YANEZ, DANIEL G.
4218 S. CALIFORNIA
CHICAGO, IL 60632


YANEZ, ERNESTINO
5038 S CAMPBELL AVE
CHICAGO, IL 60632


YANEZ, RUBEN
5038 S. CAMPBELL
CHICAGO, IL 60632


ZAMUDIO, VICTOR
2109 LAWLER
CHICAGO, IL 60639


ZAVALA, JORGE
2827 N MONITOR
CHICAGO, IL 60634


ZDRAVEVSKA, IVANA
1946 W. ARMITAGE
CHICAGO, IL 60622

```
ZESTO FOOD  EQUIPMENT
4575 AVE. DU PARC
MONTREAL, QC CANADA H2V4E4
```